UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| DAVID R. LAWSON, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:07-cv-196-RLY-TAB |
| | ) | |
| SUN MICROSYSTEMS, INC., | ) | |
|     Defendant. | ) | |

**ORDER ON DEFENDANT'S OBJECTIONS TO THE REPORT AND
RECOMMENDATION OF THE MAGISTRATE JUDGE**

On October 16, 2009, Magistrate Judge Tim Baker issued a Report and Recommendation (the "Report") on Defendant's Motion for Sanctions, recommending, *inter alia*, that Plaintiff's then-counsel, Mr. Burke and Mr. Hull of the law firm of Hoover Hull LLP ("Hoover Hull"), be sanctioned in the amount of $13,625.00, and that Plaintiff be sanctioned in the amount of $27,250.00. Defendant objects to the Report for the following reasons: (1) Magistrate Judge Baker's recommended sanctions against Plaintiff are insufficient and should include dismissal; (2) Magistrate Judge Baker's recommended sanctions against Plaintiff, Mr. Burke and Mr. Hull fail to include the forensic expert's fees, which totaled $29,884.75; and (3) Magistrate Judge Baker misinterpreted the evidentiary record regarding Defendant's discovery production, which in turn led to an inappropriate reduction in sanctions upon Plaintiff.

The court, having read and reviewed the Report, the parties' submissions, the

1

designated evidence, and the applicable law, now finds Defendant's objections (Docket # 152) should be **OVERRULED**.  The court finds that the recommended sanction against Plaintiff is fair and appropriate under the circumstances.  The court further finds that Magistrate Judge Baker implicitly denied Defendant's request for expert fees because, in his opinion, the costs associated with the Defendant's motion for sanctions "dripped of excess," and the court agrees.  Finally, the court finds that Magistrate Judge Baker did not misinterpret the evidentiary record regarding Defendant's discovery production and thus, did not inappropriately reduce the sanctions award upon Plaintiff.

**SO ORDERED** this   8th   day of February 2010.

_____
RICHARD L. YOUNG,  CHIEF JUDGE
United States District Court
Southern District of Indiana

Electronic Copies to:

John Michael Antrim
CHURCH CHURCH HITTLE & ANTRIM
antrim@cchalaw.com

Douglas Denton Church
CHURCH CHURCH HITTLE & ANTRIM
dchurch@cchalaw.com

Kim F. Ebert
OGLETREE, DEAKINS, NASH, SMOAK & STEWART
kim.ebert@ogletreedeakins.com

David K. Herzog
BAKER & DANIELS - Indianapolis
david.herzog@bakerd.com

Dorothy D. Parson
OGLETREE, DEAKINS, NASH, SMOAK & STEWART
dorothy.koontz@odnss.com

Alexander Phillip Pinegar
CHURCH CHURCH HITTLE & ANTRIM
apinegar@cchalaw.com

Steven F. Pockrass
OGLETREE, DEAKINS, NASH, SMOAK & STEWART
steven.pockrass@ogletreedeakins.com

Daniel Ryan Roy
BAKER & DANIELS - Indianapolis
drroy@bakerd.com