UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| DAVID R. LAWSON, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:07-cv-196-RLY-TAB |
| | ) | |
| SUN MICROSYSTEMS, INC., | ) | |
| Defendant. | ) | |

### ORDER ON PLAINTIFF'S OBJECTION TO THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION ON DEFENDANT'S MOTION FOR SANCTIONS

On October 16, 2009, Magistrate Judge Tim Baker issued a Report and Recommendation (the "Report") on Defendant's Motion for Sanctions, recommending, *inter alia*, that Plaintiff be sanctioned in the amount of $27,250.00 within sixty (60) days after the court adopts the Report. Plaintiff objects not with regard to the award of sanctions, but only with regard to the timing of payment. Plaintiff explains that he is unemployed and unable to pay a lump sum payment within that time period, and "estimates" that he requires nine (9) months to pay the sanction. The court finds Plaintiff's request to be reasonable given his current situation. As suggested by Defendant, the court **ORDERS** Plaintiff to pay nine (9) monthly installments from the date of the court's Order on Defendant's Motion for Sanctions. Defendant's requests that the case be dismissed and that the monetary sanction against Plaintiff be increased are denied.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Objection to Magistrate Judge's Report and Recommendation on Defendant's Motion for Sanctions is **SUSTAINED**. The Report and Recommendation is **MODIFIED** and hereby requires Plaintiff to pay the monetary sanction of $27,250.00 in nine (9) equal monthly installments. The first payment must be made within thirty (30) days of the date of this Order.

**SO ORDERED** this  8th  day of February 2010.

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Electronic Copies to:

John Michael Antrim
CHURCH CHURCH HITTLE & ANTRIM
antrim@cchalaw.com

Douglas Denton Church
CHURCH CHURCH HITTLE & ANTRIM
dchurch@cchalaw.com

Kim F. Ebert
OGLETREE, DEAKINS, NASH, SMOAK & STEWART
kim.ebert@ogletreedeakins.com

David K. Herzog
BAKER & DANIELS - Indianapolis
david.herzog@bakerd.com

Dorothy D. Parson
OGLETREE, DEAKINS, NASH, SMOAK & STEWART
dorothy.koontz@odnss.com

Alexander Phillip Pinegar
CHURCH CHURCH HITTLE & ANTRIM
apinegar@cchalaw.com

Steven F. Pockrass
OGLETREE, DEAKINS, NASH, SMOAK & STEWART
steven.pockrass@ogletreedeakins.com

Daniel Ryan Roy
BAKER & DANIELS - Indianapolis
drroy@bakerd.com